**VAN–162** Order Denying Confirmation – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Margaret W. Reaves  
604 Sardis Road  
Raleigh, NC 27603

CASE NO.: 21–00329–5–DMW

DATE FILED: February 12, 2021

CHAPTER: 13

ORDER DENYING CONFIRMATION

Confirmation of the Debtor(s) Chapter 13 plan having come before the court on May 5, 2021, and the court having found that the Debtor(s) has/have not met one or more of the requirements for confirmation as enumerated in 11 U.S.C. §1325; now therefore,

IT IS ORDERED that confirmation of the Debtor(s) Chapter 13 plan be, and hereby is, denied, and the Debtor(s) shall have thirty (30) days from the date of this Order to file an amended plan addressing the deficiencies identified at the hearing on May 5, 2021.

DATED: May 5, 2021

David M. Warren  
United States Bankruptcy Judge